UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA, FLORIDA

IN RE:

Anita Marie Griffith                                        Case No.: 14-31223-JCO

DEBTOR.

---

ORDER GRANTING MOTION OF DEBTOR TO ADMINISTRATIVELY CLOSE CHAPTER 11 CASE PENDING COMPLETION OF PLAN PAYMENTS
[DOC. 208]

---

THIS MATTER having come before the Court upon Debtor's Motion to Administratively Close Chapter 11 Case Pending Completion of Plan Payments [Doc. 208] and the Court having considered the Matter, it is hereby

ORDERED that motion of Debtor is hereby GRANTED. The Chapter 11 Case of Anita Marie Griffith shall be administratively closed until such time as plan payments are completed at which time the Debtor shall reopen the case for purposes of entry of a Discharge Order and Final Decree.

Dated: April 4, 2017

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Attorney, J. Steven Ford, is directed to serve a copy of this order on all parties appearing on Debtor's mailing matrix and file a proof of service within three (3) days of entry of the order.

Prepared By: J. Steven Ford, Esq.